Matter of Goldschmidt (2023 NY Slip Op 04404)

Matter of Goldschmidt

2023 NY Slip Op 04404

Decided on August 24, 2023

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:August 24, 2023

PM-186-23
[*1]In the Matter of Lauren Juliet Goldschmidt, an Attorney. (Attorney Registration No. 5686746.)

Calendar Date:August 21, 2023

Before:Garry, P.J., Egan Jr., Aarons, Pritzker and McShan, JJ.

Lauren Juliet Goldschmidt, Surfside, Florida, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany, for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Lauren Juliet Goldschmidt was admitted to practice by this Court in 2019 and lists a business address in Miami, Florida with the Office of Court Administration. Goldschmidt now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) opposes the application by correspondence from its Chief Attorney.
As is noted by AGC, Goldschmidt is presently delinquent in her New York attorney registration requirements, having failed to register for the 2023-2024 biennial period (see Judiciary Law § 468-a; Rules of Chief Admr of Cts [22 NYCRR] § 118.1). Inasmuch as Goldschmidt is therefore subject to potential disciplinary action (see Judiciary Law § 468-a [5]; Rules of Professional Conduct [22 NYCRR 1200.0] rule 8.4 [d]; see also Matter of Attorneys in Violation of Judiciary Law § 468-a, 113 AD3d 1020, 1021 [3d Dept 2014]), she is ineligible for nondisciplinary resignation and her application must be denied (see Matter of Cluff, 148 AD3d 1346, 1346 [3d Dept 2017]; Matter of Bomba, 146 AD3d 1226, 1226-1227 [3d Dept 2017]). Further, any future application by Goldschmidt must be supported by proof of her full satisfaction of the requirements of Judiciary Law § 468-a and Rules of the Chief Administrator of the Courts (22 NYCRR) § 118.1 (see Matter of Frank, 146 AD3d 1228, 1229 [3d Dept 2017]).
Garry, P.J., Egan Jr., Aarons, Pritzker and McShan, JJ., concur.
ORDERED that Lauren Juliet Goldschmidt's application for permission to resign is denied.